UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRED F. NORMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE BAR OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No.  20-cv-01042-VC<br><br>**ORDER OF DISMISSAL** |

The deadline has passed for the plaintiff to file an amended complaint. *See* Dkt. No. 10. Accordingly, the case is dismissed with prejudice. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: July 25, 2020

VINCE CHHABRIA
United States District Judge