UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRIED FARRELL NORMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-02627-JCS<br>*Also filed in Case No. C-20-1042 VC*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

　　　　Plaintiff, pro se, previously filed a complaint in Case No. C-20-1042 VC, with allegations and claims that appear to substantially overlap with the allegations and claims asserted in this case. In the earlier case, Judge Chhabria dismissed Plaintiff's claims under 28 U.S.C. § 1915(e)(2)(B) and gave Plaintiff an opportunity to file an amended complaint but Plaintiff did not do so. Accordingly, the Court dismissed his complaint with prejudice in that case.  This case is REFERRED to Judge Chhabria under Civil Local Rule 3-12(c) to determine whether it is related to Case No. C-20-1042. *See also* Civ. L.R. 3-3(c) (addressing refiled actions). Plaintiff may file a response supporting or opposing finding the cases related no later than July 15, 2022. The undersigned has separately prepared a report and recommendation that this case be dismissed. If Judge Chhabria determines that the cases are not related, this case will be reassigned to a randomly selected district judge because Plaintiff has declined the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c).

　　　　**IT IS SO ORDERED.**

Dated:  June 27, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge